Wasson-Pocahontas Coal Company, Inc., appellant, v. Indemnity Insurance Company of North America, appellee. Gen. No. 40,314.

Opinion filed March 29, 1939.
Rehearing denied April 12, 1939.
Arthur Chittick and John A. Niemeyer, for appellant. McKinney, Folonie & Grear, for appellee; C. Oscar Carlson, of counsel.
Mr. Justice Burke delivered the opinion of the court.

Thomas Brown et al., appellants, v. Guy A. Richardson et al., trading as Chicago Surface Lines, appellees. Gen. No. 40,481.

Opinion filed March 29, 1939.
Frank E. Auster, for appellants. Frank L. Kriete, Anson H. Brown and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.
Mr. Justice Burke delivered the opinion of the court.

Guardian Bancorporation v. James A. Low. In re petition of John W. Bennett and Edward M. Colbach, appellees, v. James A. Low, et al., appellants. Gen. No. 40,226.

Opinion filed March 29, 1939. Rehearing denied April 12, 1939.
Allen G. Mills, for appellants. Bennett & Colbach, pro se; Joseph M. Griffen, of counsel.
Mr. Justice Hebel delivered the opinion of the court.